IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **WILLIAM JORDAN,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:05-cv-7 (HL) |
| **SCALES EXPRESS, INC.,** | : | |
| Defendant. | : | |

## ORDER

The Motion for Sanction of Dismissal [doc 21] filed by Defendant Scales Express, Inc. is granted. Plaintiff, William Jordan, has failed to respond to the discovery requests of Defendant; failed to respond to Defendant's Motion to Compel; failed to comply with the Court's Order entered November 8, 2005, directing him to provide discovery responses; and failed to respond to the Motion for Sanction of Dismissal. The Court finds that Plaintiff's total failure to communicate with Defendant or the Court is sufficient to warrant a finding of bad faith and his failure to comply with the Court's Order was willful. Accordingly, Plaintiff's complaint is hereby dismissed with prejudice. *See, e.g.,* Moon v. Newsome, 863 F.2d 835 (11th Cir. 1989).

In addition to seeking dismissal of Plaintiff's complaint Defendant has also requested that Plaintiff be required to pay its attorney's fees and all costs of this action. Defendant does not specify the statute, rule, or other grounds entitling it to attorney's fees and costs. *See* Fed. R. Civ. P. 54(d). Notwithstanding the requirements of Rule 54, Rule 37(b)(2) of the Federal

Rules of Civil Procedure authorizes a court to require a party failing to obey an order "to pay the reasonable expenses, including attorney's fees, caused by the failure."  Fed. R. Civ. P. 37(b)(2).  The Court finds that Plaintiff's failure to comply with the Court's Order of November 8, 2005, entitles Defendant to an award of the reasonable expenses, including attorney's fees, stemming from the failure to comply.  Accordingly, Defendant shall file an itemized statement showing those expenses caused by Plaintiff's failure to comply with the Court's Order of November 8, 2005.  The itemized statement must be filed not later than 30 days from the date of entry of this Order.

**SO ORDERED**, this the 9th day of January, 2006.

s/   Hugh Lawson
**HUGH LAWSON, JUDGE**

mls