# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **WILLIAM JORDAN,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:05-cv-7 (HL) |
| **SCALES EXPRESS, INC.,** | : |
| Defendant. | : |

## ORDER

This Court previously awarded Defendant reasonable expenses, including attorneys' fees, stemming from Plaintiff's failure to comply with the Court's Order of November 8, 2005. Defendant filed an itemized statement showing those expenses caused by Plaintiff's failure to comply with the Court's Order. After review of Defendant's statement, the Court finds that an award of $500 is appropriate. Therefore, William Jordan is hereby directed to pay the sum of $500 to Scales Express. The Clerk is directed to enter judgment on this attorneys' fees award.

**SO ORDERED**, this the 7th day of November, 2006.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls